FILED
FEB 17 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>F. GONZALES, Warden,<br><br>    Respondent. | Case No. CV 11-0541-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: February 17, 2011

_____
Cormac J. Carney
United States District Judge